TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264
JOSEPH SCISCENTO
Assistant United States Attorney
Nevada Bar No. 4380
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jospeh.Sciscento@usdoj.gov

**FILED**

APR 09 2026

US DISTRICT COURT
DISTRICT OF NEVADA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE MONIQUE MENDOZA,<br><br>Defendant. | **CRIMINAL COMPLAINT**<br><br>Case No.  2:26-mj-00262-NJK<br><br>VIOLATIONS:<br><br>Operating a Motor Vehicle while Under the Influence of Alcohol 36 C.F.R. § 4.23(a)(1)<br><br>Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher 36 C.F.R. § 4.23(a)(2)<br><br>Driving with a Suspended Driver's License 36 C.F.R. § 4.2(b); N.R.S. § 483.560(1) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, states that:

**COUNT ONE**
Operating a Motor Vehicle while Under the Influence of Alcohol
(36 C.F.R. § 4.23(a)(1))

On or about May 24, 2025, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area,

**CONNIE MONIQUE MENDOZA,**

defendant herein, operated a blue 2017 Hyundai Elantra bearing California license plate 8MGH859, under the influence of alcohol to a degree that rendered the defendant incapable of safe operation, in violation of 36 C.F.R. § 4.23(a)(1).

## COUNT TWO
Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher
(36 C.F.R. § 4.23(a)(2))

On or about May 24, 2025, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area,

**CONNIE MONIQUE MENDOZA,**

defendant herein, operated a blue 2017 Hyundai Elantra bearing California license plate 8MGH859, with an alcohol concentration in the defendant's breath of 0.08 grams and more of alcohol per 210 liters of breath, in violation 36 C.F.R. § 4.23(a)(2).

## COUNT THREE
Driving with a Suspended Driver's License
(36 C.F.R. § 4.2(b); N.R.S. § 483.560(1))

On or about May 24, 2025, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area,

**CONNIE MONIQUE MENDOZA,**

defendant herein, operated a blue 2017 Hyundai Elantra bearing California license plate 8MGH859, on a highway or on premises to which the public has access at a time when the defendant's driver's license has been cancelled, revoked or suspended, in violation of 36 C.F.R. § 4.2(b); N.R.S. § 483.560(1).

...

...

...

2

## PROBABLE CAUSE AFFIDAVIT

I, Christopher J. Raynolds, as a Park Ranger with the National Park Services, state the following as and for probable cause:

1.     I have been employed as a law enforcement officer with the National Park Service in the Lake Mead National Recreation Area, Clark County, Nevada, for over 20 years.

2.     As part of my duties, I investigate criminal violations of law on federal land. Through my employment as a Ranger with the National Park Service, I have received specialized training in the enforcement of federal laws. My training and experience have involved, among other things, the evaluation of roadside impairment, performing DUI investigations, and the administration of Field Sobriety Tests.

3.     The following information used to support this Complaint was derived from reports of information obtained from investigations conducted by law enforcement related to the incident or my own personal investigation.

4.     This Complaint contains information necessary to support probable cause to believe that the criminal offenses described herein were committed by the defendant, **CONNIE MONIQUE MENDOZA**, and is not intended to include each and every fact and matter observed or known by me. Moreover, to the extent that this Complaint contains statements by witnesses, those statements are set forth only in part and in substance and are intended to accurately convey the information, but not to be verbatim recitations.

## FACTS ESTABLISHING PROBABLE CAUSE

5.     On May 24, 2025, National Park Service Ranger Michael Routson was on routine patrol within the boundaries of the Lake Mead National Recreation Area, Clark County, Nevada.

3

6.      At approximately 6:05 PM, while stationery at the Boulder Beach Entrance Station, Ranger Routson observed a blue Hyundai Elantra bearing California license plate 8MGH859 slowly make a right turn onto Lakeshore Road from Hemenway Access Road. Next, Ranger Routson observed the vehicle pulling off the road and entering the River Mountain Loop Trail. This is a paved trail that is closed to motor vehicle traffic and designated for hiking and biking. The vehicle gained access to the River Mountain Loop Trail through a concrete storm drainage area off the shoulder of the roadway and passed a posted sign that prohibits motor vehicles on the trail. The vehicle exited the River Mountain Loop Trail at the next concrete storm drainage area and proceeded back to the Hemenway Access Road.

7.      Ranger Routson initiated a traffic stop on the blue 2017 Hyundai Elantra bearing California license plate 8MGH859 and contacted the driver who was identified as **CONNIE MONIQUE MENDOZA** by her California driver's license.  A standard electronic records check found that **MENDOZA**'s driver's license was suspended due to a prior DUI.

8.      During face-to-face contact with **MENDOZA**, Ranger Routson observed glassy, bloodshot eyes, slurred speech, and disorientation. **MENDOZA** admitted to consuming alcohol earlier that day.

9.      The following are the results of the Standardized Field Sobriety Test administered to **MENDOZA** by Ranger Routson:

(a)      Horizontal Gaze Nystagmus Test: **MENDOZA**'s eyes displayed a lack of smooth pursuit and had distinct and sustained nystagmus at maximum deviation. **MENDOZA**'s eyes were bloodshot and watery.

4

(b)    Walk-and-Turn Test: **MENDOZA** started too soon, missed heel to toe, used her arms for balance, and stepped offline.

(c)    One-Leg-Stand Test: **MENDOZA** put her foot down, used her arms for balance, swayed, and hopped.

(d)    Preliminary Breath Test: **MENDOZA's** result of this test was 0.215 percent by weight of alcohol.

10.    The following are the results of the Advanced Roadside Impaired Driving Enforcement (ARIDE) Tests administered to **MENDOZA** by Ranger Routson:

(a)    Lack of Convergence test: **MENDOZA**'s left eye displayed a lack of convergence.

(b)    Modified Romberg Balance test: **MENDOZA** estimated 30 seconds in 20 seconds.

(c)    Finger to Nose test: **MENDOZA** could not follow the instructions to complete the test.

11.    Based on Ranger Routson's training and experience, **MENDOZA**'s physical and objective symptoms of intoxication and poor performance of the Standardized Field Sobriety Tests and ARIDE Tests, Ranger Routson formed the opinion that **MENDOZA** had been operating a motor vehicle while under the influence of alcohol and placed **MENDOZA** under arrest.

12.    **MENDOZA** was transported to the Henderson Detention Center where Ranger Routson administered an "Intoxilyzer 8000" breath test.  **MENDOZA**'s results of the completed test were 0.169 grams (8:06 PM) and 0.169 grams (8:10 PM) of alcohol per 210 liters of breath respectively.

5

## CONCLUSION

12.    Based upon the information set forth in this application, I respectfully submit that there is probable cause to believe that **CONNIE MONIQUE MENDOZA** violated 36 C.F.R. §§ 4.32(a)(1), 4.32(a)(2), and 4.2(b); N.R.S. § 483.560(1) as described above.


_____
CHRIS RAYNOLDS, Park Ranger
National Park Service


SUBSCRIBED and SWORN to before me

this _____ day of April 2026.


_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE